*This case was not selected for publication in the Federal Reporter*

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

Michael J. HARRIS, Petitioner,

v.

DEPARTMENT OF THE NAVY, Respondent.

No. 2006–3323.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2006.

Michael J. Harris, pro se.

## ORDER

Upon consideration of Michael J. Harris's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.